FILED
April 28, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR. S-08-0093 FCD
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
EDUARDO VANEGAS, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  EDUARDO VANEGAS , Case No.  CR. S-08-0093 FCD , Charge  Title 18 USC § 3146 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of $ _150,000.00_

   _X_  Unsecured Appearance Bond  co-signed by individuals identified.

   ___  Appearance Bond with 10% Deposit

   ___  Appearance Bond with Surety

   ___  Corporate Surety Bail Bond

   _X_  (Other)  Pretrial Services Supervision or conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 28, 2008  at  2:45  pm .

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge