1 | McGREGOR W. SCOTT
United States Attorney
2 | S. ROBERT TICE-RASKIN
ELLEN V. ENDRIZZI
3 | Assistant U.S. Attorneys
501 I Street, Suite 10-100
4 | Sacramento, California 95814
Telephone: (916) 554-2700
5



FILED

MAY 2 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   2:08-CR-093 FCD
                                   )
12 |               Plaintiff,      )
                                   )   [PROPOSED] STIPULATION AND
13 |       v.                      )   PROTECTIVE ORDER BETWEEN
                                   )   UNITED STATES AND EDUARDO VANEGAS
14 | CHARLES HEAD, et al.,         )
                                   )
15 |                               )
                Defendants.        )
16 | _____ )

17

18 |     Defendant Eduardo Vanegas and Plaintiff, by and through their

19 | counsel of record, hereby agree and stipulate as follows:

20 |     1.    This Court may enter protective orders pursuant to Rule

21 | 16(d) of the Federal Rules of Criminal Procedure, and its general

22 | supervisory authority.

23 |     2.    This Order pertains to all discovery provided to or made

24 | available to Defense Counsel as part of discovery in this case

25 | (hereafter, collectively known as "the discovery").

26 |     3.    Defense Counsel shall not disclose any of the discovery to

27 | any person other than their respective defendant/client, witnesses

28 | that they may be interviewing or preparing for trial, attorneys, law

1

clerks, paralegals, secretaries, experts, and investigators involved in the representation of his/her client.

4.    The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.   The discovery is now and will forever remain the property of the United States Government.   Defense counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.    If Defense Counsel make, or cause to be made, any further copies of any of the discovery, Defense Counsel will inscribe the following notation on each copy: "U.S. Government Property; May Not Be Used Without U.S. Government Permission."

7.    If Defense Counsel release custody of any of the discovery, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the Unites States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

8.    Defense Counsel shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this

///

2

1 Stipulation/Order.

2     IT IS SO STIPULATED.

3

4 DATED: _12 MAY 08_           McGREGOR W. SCOTT
                            United States Attorney

5

6                         By:

7                            S. ROBERT TICE-RASKIN
                           ELLEN V. ENDRIZZI
                           Assistant U.S. Attorneys

8

9

10 DATED: _5-17-08_            By:

11                          ROBERT PETERS
                         Counsel for Defendant
                         EDUARDO VANEGAS

12

13

14     IT IS SO FOUND AND ORDERED.

15

16 DATED: _5/22/08_

17                       HON. FRANK C. DAMRELL, JR.
                     UNITED STATES DISTRICT JUDGE

3