```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone:  (916) 554-2716
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDUARDO VANEGAS,<br><br>  Defendant. | No. 2:08-cr-93 FCD<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO DEFENDANT EDUARDO VANEGAS; **ORDER** |

On February 28, 2008, a federal grand jury issued an indictment against Defendant Eduardo Vanegas, charging him with one count of conspiring to commit money laundering, in violation of 18 U.S.C. § 1956(h).  This charge is identified as Count Thirteen in the indictment, which is captioned <u>United States v. Charles Head, et al.</u>, case number 2:08-cr-93 FCD DAD.  The United States respectfully requests that Defendant Eduardo Vanegas be dismissed from the initial indictment and thus dismissed from the case in the interests of justice.

On February 11, 2010, a federal grand jury issued a superseding indictment against the defendants in the case <u>United States v. Head</u>, 2:08-cr-93 FCD DAD.  Defendant Vanegas is not charged in the

1 superseding indictment, which is the indictment containing the
2 charges the United States currently plans to prove at trial.
3 Dated: March 23, 2010

                                            Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                      By: /s/ Ellen V. Endrizzi

                                            ELLEN V. ENDRIZZI
                                            Assistant U.S. Attorney

## **O R D E R**

For the reason set forth above, the sole charge against Eduardo Vanegas, Count 13 in the original indictment in <u>United States v. Head</u>, no. 2:08-cr-93 FCD, is hereby dismissed, and the matter is closed as to this defendant only.

IT IS SO ORDERED.

Date: March 23, 2010

                                            FRANK C. DAMRELL, JR.
                                            United States District Judge